IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV251
(1:00CR69-5)

AMOS JUNIOR SCOTT, )
)
      Petitioner, )
)
Vs. )      __J U D G M E N T__
)
UNITED STATES OF AMERICA, )
)
      Respondent. )
_____ )

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

**Signed: November 7, 2005**

*/s/ Lacy H. Thornburg*
Lacy H. Thornburg
United States District Judge